# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Alfonso Nataren Castillo, | No. CV-26-02214-PHX-DWL (CDB) |
| Petitioner, | **ORDER** |
| v. | |
| Markwayne Mullin, et al., | |
| Respondents. | |

Petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 challenging his immigration detention. (Doc. 1.) The Court directed Respondents to show cause why the Petition should not be granted. (Doc. 4.) Respondents' response states "Respondents do not oppose Petitioner's request for release at this time." (Doc. 6.)

**IT IS THEREFORE ORDERED:**

1. Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted**.

2. Respondents must immediately release Petitioner from custody under the same conditions that existed before Petitioner's detention.

3. Respondents must provide a notice of compliance within three days of releasing Petitioner.

4. Any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 10th day of April, 2026.

Dominic W. Lanza
United States District Judge